918

No. 102. CREEK NATION EAST OF THE MISSISSIPPI *v.* UNITED STATES, *ante,* p. 846. Petition for rehearing denied. MR. JUSTICE BLACK took no part in the consideration or decision of this petition.

NOVEMBER 17, 1964.

No. 99. POWELL *v.* SILVER, DISTRICT ATTORNEY, KINGS COUNTY, NEW YORK. On petition for writ of certiorari to the Court of Appeals of New York and Appellate Division, Supreme Court of New York, Second Judicial Department. Petition dismissed pursuant to Rule 60 of the Rules of this Court. *Maurice Edelbaum* for petitioner.

NOVEMBER 23, 1964.

No. 5, Original. UNITED STATES *v.* CALIFORNIA. The motion of John B. Ogden for leave to present oral argument is denied. THE CHIEF JUSTICE and MR. JUSTICE CLARK took no part in the consideration or decision of this motion. *John B. Ogden, pro se,* on the motion. *Solicitor General Cox* for the United States, and *Thomas C. Lynch,* Attorney General of California, and *Charles E. Corker,* Assistant Attorney General, for the State of California, in opposition to the motion. [For earlier orders herein, see 375 U. S. 927, 990; 377 U. S. 926, 986; *ante,* pp. 804, 910.]